G. Thomas Martin, III., Esq. (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
tmartin@consumerlawcenter.com

Attorneys for Plaintiff, FERDINAND CLEMENTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| FERDINAND CLEMENTE, <br><br> Plaintiff, <br><br> v. <br><br> IC SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.:

**COMPLAINT AND DEMAND FOR JURY TRIAL**

**(Unlawful Debt Collection Practices)**

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

FERDINAND CLEMENTE (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against IC SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Hanford, Kings County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with a business office in St. Paul, Minnesota.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant calls Plaintiff from the following telephone number, 800-844-8001.

13. Defendant calls Plaintiff and hangs up before Plaintiff or his voicemail answers.

14. Plaintiff does not owe the money Defendant is attempting to collect.

15. Defendant continues to place calls to Plaintiff despite this.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

    a.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring

- 2 -

COMPLAINT AND DEMAND FOR JURY TRIAL

repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

b.   Defendant violated *§1692e(2)(A)* of the FDCPA by falsely representing the character, amount, and legal status of Plaintiff's debt because Plaintiff does not owe the money Defendant is attempting to collect.

c.   Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt because Plaintiff does not owe the money Defendant is attempting to collect.

d.   Defendant violated *§1692f(1)* of the FDCPA by attempting to collect an amount that is not authorized by the agreement or permitted by law because Plaintiff does not owe the money Defendant is attempting to collect.

WHEREFORE, Plaintiff, FERDINAND CLEMENTE, respectfully requests judgment be entered against Defendant, IC SYSTEMS, INC., for the following:

17. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

18. Statutory damages of $1000.00  pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

19. Actual damages,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

22. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

- 3 -

COMPLAINT AND DEMAND FOR JURY TRIAL

23. Defendant violated the RFDCPA based on the following:

    a.   Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

    b.   Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

    c.   Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiff, FERDINAND CLEMENTE, respectfully requests judgment be entered against Defendant, IC SYSTEMS, INC., for the following Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

*24.* Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b),*

25. Actual damages,

26. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

27. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, FERDINAND CLEMENTE, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

COMPLAINT AND DEMAND FOR JURY TRIAL

DATED:  March 10, 2010                    KROHN & MOSS, LTD.


                          By: /s/ G. Thomas Martin, III.

                              G. Thomas Martin, III.
                              Attorney for Plaintiff

COMPLAINT AND DEMAND FOR JURY TRIAL

1

2

3

## <u>VERIFICATION OF COMPLAINT AND CERTIFICATION</u>

4

STATE OF CALIFORNIA

5

Plaintiff, FERDINAND CLEMENTE, states the following:

6

1.  I am the Plaintiff in this civil proceeding.

7
2.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

8
3.  I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

9

10
4.  I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

11

12
5.  I have filed this Complaint in good faith and solely for the purposes set forth in it.

13
6.  Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

14
7.  Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

15

16

17
Pursuant to 28 U.S.C. § 1746(2), I, FERDINAND CLEMENTE, hereby declare (or certify,

18
verify or state) under penalty of perjury that the foregoing is true and correct.

19

20
$3-10-2010$

*FClemente*

21
Date

FERDINAND CLEMENTE

22

23

24

25

- 5 -

COMPLAINT AND DEMAND FOR JURY TRIAL