**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| FERDINAND CLEMENTE,<br><br>Plaintiff,<br><br>vs.<br><br>IC SYSTEMS, INC.,<br><br>Defendant. | Case No.: 2:10-CV-00569-JAM-EFB<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO DISMISS HEARING** |

Upon Good Cause Showing, it is hereby ordered that Mahadhi Corzano, counsel for Plaintiffs FERDINAND CLEMENTE, shall appear telephonically at the Motion to Dismiss Hearing scheduled for July 21, 2010 at 9:30 AM. Plaintiff's counsel's telephone number is (323) 988-2400 Ext. 255.

IT IS SO ORDERED.

Date: July 15, 2010                    /s/ John A. Mendez_____
                                       United States District Court Judge

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com