Mahadhi Corzano., Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
mcorzano@consumerlawcenter.com

Attorneys for Plaintiff, FERDINAND CLEMENTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| FERDINAND CLEMENTE, | Case No.: 2:10-CV-00569-JAM-EFB |
| Plaintiff, | |
| v. | **FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| IC SYSTEMS, INC., | **(Unlawful Debt Collection Practices)** |
| Defendant. | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

FERDINAND CLEMENTE (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against IC SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Plaintiff's First Amended Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

4.  Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5.  Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6.  Plaintiff is a natural person residing in Hanford, Kings County, California.

7.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

9.  Defendant is a national company with a business office in St. Paul, Minnesota.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant is attempting to collect a debt Plaintiff does not owe.

13. Defendant began receiving telephone calls from Defendant in January 2010 at least once day, except on the weekends, for approximately three (3) months.

14. Defendant received letters from Defendant stating he owes a debt.

15. Defendant called Plaintiff from the following telephone number, 800-844-8001.

16. Defendant called Plaintiff and would hang up the telephone call before Plaintiff or his answering machine could answer.

17. Plaintiff told Defendant that he does not owe the debt.

18. Plaintiff told Defendant that he was a victim of check fraud and has filed a police report with the Hanford Police Department.

19. Defendant continued to place telephone calls to Plaintiff despite knowing that Plaintiff does not owe the alleged debt.

20. Defendant sent a collection letter to Plaintiff despite knowing that Plaintiff does not owe the alleged debt.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

21. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff by calling him almost every day, except on the weekends, for approximately three (3) months.

   b. Defendant violated *§1692e(2)(A)* of the FDCPA by falsely representing the character, amount, and legal status of Plaintiff's debt because Plaintiff does not owe the money Defendant is attempting to collect.

   c. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by calling Plaintiff and knowing that he does not owe the money Defendant is attempting to collect.

   d. Defendant violated *§1692f(1)* of the FDCPA by attempting to collect an amount that is not authorized by the agreement or permitted by law because Plaintiff does not owe the money Defendant is attempting to collect.

WHEREFORE, Plaintiff, FERDINAND CLEMENTE, respectfully requests judgment be entered against Defendant, IC SYSTEMS, INC., for the following:

22. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

23. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

24. Actual damages,

25. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

26. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

27. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's First Amended Complaint.

28. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone to ring repeatedly and continuously so as to annoy Plaintiff.

    b. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, FERDINAND CLEMENTE, respectfully requests judgment be entered against Defendant, IC SYSTEMS, INC., for the following Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

29. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

30. Actual damages,

31. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

32. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, FERDINAND CLEMENTE, demands a jury trial in this case.

                                                            RESPECTFULLY SUBMITTED,

DATED:  October 14, 2010              KROHN & MOSS, LTD.


                                        By: /s/ Mahadhi Corzano

                                            Mahadhi Corzano
                                            Attorney for Plaintiff

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

## VERIFICATION OF FIRST AMENDED COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, FERDINAND CLEMENTE, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil First Amended Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil First Amended Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil First Amended Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the First Amended Complaint.
5. I have filed this First Amended Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this First Amended Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, FERDINAND CLEMENTE, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

10-18-2010
Date

*F Clemente*
FERDINAND CLEMENTE

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL