MAHADHI CORZANO, ESQ. (SBN 254905)
mcorzano@consumerlawcenter.com
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Telephone:   323.988.2400
Facsimile:   866.802.0021

Attorney for Plaintiff
FERDINAND CLEMENTE


STEPHEN A. SCOTT (SBN 67467)
sscott@hayesscott.com
M. COLLEEN RYAN (SBN 258359)
cryan@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, CA  94065
Telephone:   650.637.9100
Facsimile:   650.637.8071

Attorneys for Defendant
I.C. SYSTEM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERDINAND CLEMENTE,<br><br>Plaintiff,<br><br>v.<br><br>IC SYSTEMS, INC.,<br><br>Defendant. | Case No. 2:10-cv-00569-JAM-EFB<br><br>**JOINT MID-LITIGATION STATEMENT** |

Plaintiff FERDINAND CLEMENTE ("Clemente") and Defendant I.C. SYSTEM, INC. ("ICS") hereby jointly submit the following Joint Mid-Litigation Statement pursuant to the Pre-Trial Scheduling Order issued on February 11, 2011.

### SUMMARY OF LAW AND MOTION PRACTICE

Clemente filed his Complaint alleging violations of the Fair Debt Collection Practices Act (15 U.S.C. 1692, *et seq.*) and the Rosenthal Fair Debt Collection Practices Act (Cal. Civ. Code §§ 1788, *et seq.*) against ICS.  ICS responded by filing a Motion to Dismiss, on May 5, 2010, based on

the grounds that Clemente failed to allege facts necessary to support a cognizable legal claim under either debt collection statute.

On September 29, 2010, this Court granted ICS' Motion to Dismiss without prejudice and ordered Clemente to file an amended complaint within 20 days of the date of the order. Clemente filed his amended complaint on October 18, 2010.

There are currently no pending motions before this Court.

## ANTICIPATED LAW AND MOTION FILINGS

ICS anticipates filing a motion for summary judgment by September 7, 2011.

Dated: July 22, 2011          KROHN & MOSS, LTD.


By:     /s/ Mahadhi Corzano
        MAHADHI CORZANO
        For Plaintiff FERDINAND CLEMENTE


Dated: July 22, 2011          HAYES SCOTT BONINO
                              ELLINGSON & McLAY, LLP


By:     /s/ M. Colleen Ryan
        STEPHEN A. SCOTT
        M. COLLEEN RYAN
        For Defendant I.C. SYSTEM, INC.