Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, FERDINAND CLEMENTE

Stephen A. Scott (SBN67467)
M. Colleen Ryan (SBN 258359)
Hayes, Scott, Bonino, Ellingson & McLay, LLP
203 Redwodd Shores Parkways, Suite 480
Redwood City, California 94065
Tel: 650-637-9100
Fax: 650-637-8071
sscott@hayesscott.com
cryan@hayesscott.com
Attorneys for Defendant, IC SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| FERDINAND CLEMENTE, | Case No.: 2:10-CV-00569-JAM-EFB |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| IC SYSTEMS, INC., | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiff, FERDINAND CLEMENTE and Defendant, IC SYSTEMS, INC., hereby stipulate that the entire action be dismissed, with prejudice, with each side to bear their own attorney's fees and costs.

Respectfully Submitted,

DATED:  September 6, 2011                KROHN & MOSS, LTD.


By:   /s/ Mahadhi Corzano
      Mahadhi Corzano
      Attorney for Plaintiff


DATED:  September 6, 2011                HAYES, SCOTT, BONINO, ELLINGSON
                                         & MCLAY, LLP


By:   /s/ M. Colleen Ryan
      M. Colleen Ryan
      Attorney for Defendant

STIPULATION OF DISMISSAL