**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| FERDINAND CLEMENTE, | Case No.: 2:10-CV-00569-JAM-EFB |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| IC SYSTEMS, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  9/6/2011

/s/ John A. Mendez_____
United States District Court Judge

1

[Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com